UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
LUCRETIA HALL, RUDOLPH HALL,
ROGER HALL,

                    **ORDER**
                    09 CV 877 (BMC)(LB)

          Plaintiffs,

          - against –

DEBORAH SMITH, ANTHONY JONES,
CHICAGO TITLE, HARDIE M. WINSOME,

          Defendants.
----------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

By letter dated May 14, 2009, defendant Chicago Title requests a pre-motion conference in anticipation of moving to dismiss the complaint. (Document 8.) The Court stayed defendant Chicago Title's response to the complaint pending service of defendants Jones and Winsome. (Document 15.) However, in a Report and Recommendation issued today, I am recommending that plaintiffs' claims against defendants Jones and Winsome should be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

The Court lifts the stay and sets the following motion schedule:[1] defendant Chicago Title shall serve and file its motion by December 30, 2009; plaintiffs shall file their opposition to defendant's motion with the Court and serve a copy on defendant's counsel by January 29, 2010; defendant shall serve and file its reply, if any, by February 11, 2010.

SO ORDERED.

Dated: November 25, 2009
       Brooklyn, New York

                            LOIS BLOOM
                            United States Magistrate Judge

---

1 Chicago Title's request for a pre-motion conference is denied as unnecessary