FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 4 - 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
LUCRETIA HALL, RUDOLPH HALL,
ROGER HALL,

                    Plaintiffs,

- against -

DEBORAH SMITH, ANTHONY JONES,
CHICAGO TITLE, HARDIE M. WINSOME,

                    Defendants.
------------------------------------------------------X

**ORDER**

CV-09-877 (BMC)(LB)

**COGAN**, District Judge.

This case is before me on the Report & Recommendation of Magistrate Lois Bloom dated November 25, 2009 [16], in which she recommended dismissing without prejudice plaintiffs' claims against defendants Jones and Winsome for failure to provide service addresses pursuant to Fed R. Civ. P 4(m). Plaintiffs have not objected to the report.

"If no objections are filed . . . reviewing courts should review a report and recommendation for clear error." Edwards v. Fischer, 414 F.Supp.2d 342, 346-47 (S.D.N.Y. 2006) (internal quotation marks and citations omitted). Judge Bloom's report suffers from no such defect. Judge Bloom notified plaintiffs that although the United States Marshals Service would serve defendants with process, it remained plaintiffs' responsibility to provide proper addresses. She extended the time to provide service addresses some six weeks, from October 2, 2009 to November 16, 2009, and notified the plaintiffs that failure to do so would result in dismissal of their claims. Plaintiffs have neither provided service addresses nor shown good cause for their failure to do so.

## CONCLUSION

For the reasons stated above, the Report and Recommendation is adopted in its entirety, and it is ORDERED that defendants Jones and Winsome are dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S.Ct. 917 (1962).

**SO ORDERED.**

Dated: Brooklyn, New York
December 30, 2009

/s/(BMC)
_____
U.S.D.J.